UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 15-30447-H1-7 |
| | § | |
| Groves Hospital | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Robert E. Ogle, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $525,059.17 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $492,400.98 | | |

3) Total gross receipts of $1,019,460.15 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $2,000.00 (see **Exhibit 2**), yielded net receipts of $1,017,460.15 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $3,837,359.42 | $3,259,588.91 | $494,027.66 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $492,382.98 | $492,382.98 | $492,400.98 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $24,076,815.25 | $24,076,815.25 | $31,031.51 |
| **Total Disbursements** | $0.00 | $28,406,557.65 | $27,828,787.14 | $1,017,460.15 |

4). This case was originally filed under chapter 7 on 01/24/2015. The case was pending for 66 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/20/2020           By:  /s/ Robert E. Ogle
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 3711 BoydGroves, TX 77619 | 1110-000 | $18,000.00 |
| Hospital Facility and Land | 1110-000 | $650,000.00 |
| Accounts Receivable attributable to patient services | 1121-000 | $6,881.77 |
| Equipment, Machinery & Furnishings | 1129-000 | $83,466.09 |
| Rent from 5502 39th St. #105, Groves, TX | 1222-000 | $23,100.00 |
| Cash Collateral | 1229-000 | $221,419.02 |
| Miscellaneous Funds & Refunds | 1229-000 | $6,593.27 |
| Remnant Assets | 1229-000 | $10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,019,460.15** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Robert E. Ogle PC | Funds to Third Parties | 8500-002 | $2,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Federal Deposit Insurance Corporation, as | 4110-000 | $0.00 | $3,000,000.00 | $3,000,000.00 | $234,438.75 |
| 2 | Jefferson County Tax Office | 4110-000 | $0.00 | $665,151.51 | $87,381.00 | $87,381.00 |
| | FDIC - pay off first mortgage | 4110-000 | $0.00 | $172,207.91 | $172,207.91 | $172,207.91 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,837,359.42** | **$3,259,588.91** | **$494,027.66** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert E. Ogle, P.C., Trustee | 2100-000 | NA | $53,773.80 | $53,773.80 | $53,773.80 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Robert E. Ogle PC, Trustee | 2200-000 | NA | $675.22 | $675.22 | $675.22 |
| George Adams & Co. | 2300-000 | NA | $300.00 | $300.00 | $300.00 |
| City of Groves | 2420-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| George Adams & Co. | 2420-000 | NA | $72,181.33 | $72,181.33 | $72,181.33 |
| George Adams & Company | 2420-000 | NA | ($8,369.55) | ($8,369.55) | ($8,369.55) |
| Mike Barnett Construction | 2420-000 | NA | $4,871.25 | $4,871.25 | $4,871.25 |
| | 2500-000 | NA | $707.30 | $707.30 | $707.30 |
| Closing Costs and December Rent | 2500-000 | NA | $1,633.11 | $1,633.11 | $1,633.11 |
| Green Bank | 2600-000 | NA | $881.29 | $881.29 | $881.29 |
| Veritex Bank | 2600-000 | NA | $15.00 | $15.00 | $15.00 |
| | 2820-000 | NA | $1,889.92 | $1,889.92 | $1,889.92 |
| County Taxes | 2820-000 | NA | $31,426.63 | $31,426.63 | $31,426.63 |
| Aloira Consulting/Joey Dyess | 2990-000 | NA | $27,979.00 | $27,979.00 | $27,979.00 |
| Andy Cobb | 2990-000 | NA | $125.00 | $125.00 | $125.00 |
| Armor Shred | 2990-000 | NA | $5,448.00 | $5,448.00 | $5,448.00 |
| Attaboy Termite & Pest Control, Inc. | 2990-000 | NA | $736.63 | $736.63 | $736.63 |
| Green Bank | 2990-000 | NA | $89.20 | $89.20 | $89.20 |
| Innovative Legal Solutions | 2990-000 | NA | $23,022.77 | $23,022.77 | $23,022.77 |
| Mike Barnett Construction | 2990-000 | NA | $33,897.63 | $33,897.63 | $33,897.63 |
| Morris Systems, Inc. | 2990-000 | NA | $17,000.00 | $17,000.00 | $17,000.00 |
| Provider Edge | 2990-000 | NA | $13,000.00 | $13,000.00 | $13,000.00 |
| Robert E. Ogle PC | 2990-000 | NA | $176.17 | $176.17 | $176.17 |
| Terracon | 2990-000 | NA | $9,395.00 | $9,395.00 | $9,395.00 |
| Terracon Consultants, Inc. | 2990-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Attorney for Trustee | 3210-000 | NA | $104,989.42 | $104,989.42 | $104,989.42 |
| Attorney for Trustee | 3220-000 | NA | $3,868.11 | $3,868.11 | $3,868.11 |
| Compton & Wendler PC, Accountant for Trustee | 3410-000 | NA | $6,808.97 | $6,808.97 | $6,826.97 |
| Realtor Commission, Realtor for Trustee | 3510-000 | NA | $40,080.00 | $40,080.00 | $40,080.00 |
| Centurion Service Group, Auctioneer, Auctioneer for Trustee | 3610-000 | NA | $16,693.22 | $16,693.22 | $16,693.22 |
| Centurion Service Group, Auctioneer, Auctioneer for Trustee | 3620-000 | NA | $27,088.56 | $27,088.56 | $27,088.56 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $492,382.98 | $492,382.98 | $492,400.98 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Federal Deposit Insurance Corporation, as | 7100-000 | $0.00 | $24,076,815.25 | $24,076,815.25 | $31,031.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $24,076,815.25 | $24,076,815.25 | $31,031.51 |

UST Form 101-7-TDR (10/1/2010)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1

| Case No.: | 15-30447-H1-7 | Trustee Name: | Robwert E. Ogle |
|---|---|---|---|
| Case Name: | GROVES HOSPITAL | Date Filed (f) or Converted (c): | 01/24/2015 (f) |
| For the Period Ending: | 7/20/2020 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 07/24/2015 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Hospital Facility and Land | $6,260,061.00 | $650,000.00 | | $650,000.00 | FA |
| Asset Notes: | #137 02/09/17 | | | | | |
| 2 | First National Bank-Edinburg, TX (Acct Closed) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Accounts Receivable attributable to patient services | Unknown | $6,881.77 | | $6,881.77 | FA |
| Asset Notes: | #71 06/03/20 | | | | | |
| 4 | Office Equipment, Furnishings & Supplies | Unknown | $0.00 | | $0.00 | FA |
| 5 | Equipment, Machinery & Furnishings | Unknown | $83,466.09 | | $83,466.09 | FA |
| Asset Notes: | #121 08/24/16 | | | | | |
| 6 | Cash Collateral (u) | $0.00 | $221,419.02 | | $221,419.02 | FA |
| Asset Notes: | #72 06/03/17 | | | | | |
| 7 | Rent from 5502 39th St. #105, Groves, TX (u) | $0.00 | $23,100.00 | | $23,100.00 | FA |
| Asset Notes: | #78 06/25/15 | | | | | |
| 8 | Miscellaneous Funds & Refunds (u) | $0.00 | $6,593.27 | | $6,593.27 | FA |
| 9 | Remnant Assets (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| Asset Notes: | #150 02/24/17 - Mtn Defining Remnant Assets #161 03/29/17 - Order Approving Sale | | | | | |
| 10 | 3711 Boyd Groves, TX 77619 (u) | $0.00 | $18,000.00 | | $18,000.00 | FA |
| Asset Notes: | #147 02/09/17 | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | #147 02/09/17 | | | | | |
| 10 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | #147 02/09/17 | | | | | |

**TOTALS (Excluding unknown value)**      $6,260,061.00      $1,019,460.15      $1,019,460.15

**Gross Value of Remaining Assets**      $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2

| Case No.: | 15-30447-H1-7 | Trustee Name: | Robert E. Ogle |
|---|---|---|---|
| Case Name: | GROVES HOSPITAL | Date Filed (f) or Converted (c): | 01/24/2015 (f) |
| For the Period Ending: | 7/20/2020 | §341(a) Meeting Date: | |
| | | Claims Bar Date: | 07/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):  07/24/2017    Current Projected Date Of Final Report (TFR):  05/30/2020

/s/ ROBERT E. OGLE
ROBERT E. OGLE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30447-H1-7 | Trustee Name: | Robert E. Ogle |
|---|---|---|---|
| Case Name: | GROVES HOSPITAL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******6502 |
| Co-Debtor Taxpayer ID #: | | Account Title: | A/R Account |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/11/2015 | | Transfer From: #******2762 | Create an A/R account | 9999-000 | $300.00 | | $300.00 |
| 06/30/2015 | | Green Bank | Service Charge | 2600-000 | | $0.41 | $299.59 |
| 07/31/2015 | | Green Bank | Service Charge | 2600-000 | | $0.41 | $299.18 |
| 08/11/2015 | | Transfer To: #******2762 | Close the A/R Account | 9999-000 | | $299.18 | $0.00 |
| | | | TOTALS: | | $300.00 | $300.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $300.00 | $299.18 | |
| | | | Subtotal | | $0.00 | $0.82 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.82 | |

| For the period of 1/24/2015 to 7/20/2020 | | For the entire history of the account between 05/14/2019 to 7/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $300.00 | Total Internal/Transfer Receipts: | $300.00 |
| | | | |
| Total Compensable Disbursements: | $0.82 | Total Compensable Disbursements: | $0.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.82 | Total Comp/Non Comp Disbursements: | $0.82 |
| Total Internal/Transfer Disbursements: | $299.18 | Total Internal/Transfer Disbursements: | $299.18 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/05/2015 | | Transfer From: #*********4701 | | 9999-000 | $184.35 | | $184.35 |
| 04/29/2015 | | Green Bank | Cost of Checks | 2990-000 | | $89.20 | $95.15 |
| 04/30/2015 | | Green Bank | Service Charge | 2600-000 | | $0.15 | $95.00 |
| 05/01/2015 | 1001 | Attaboy Termite & Pest Control, Inc. | #73 06/03/15<br>Inv #11907<br>Pest Control | 2990-000 | | $736.63 | ($641.63) |
| 05/01/2015 | 1002 | Mike Barnett Construction | #73 06/03/15<br>Inv. #5475<br>Roof work on medical project building | 2990-000 | | $5,969.13 | ($6,610.76) |
| 05/13/2015 | (6) | Key Corp Real Estate Cap Mkts | #72 06/03/17<br>Cash Collateral Draw | 1229-000 | $8,132.00 | | $1,521.24 |
| 05/20/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for March and April | 1222-000 | $2,200.00 | | $3,721.24 |
| 05/29/2015 | | Green Bank | Service Charge | 2600-000 | | $5.07 | $3,716.17 |
| 06/03/2015 | (8) | Owen & Minor Distributors | Inv. #51-5500051115 | 1229-000 | $4,393.27 | | $8,109.44 |
| 06/04/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for May and June | 1222-000 | $2,200.00 | | $10,309.44 |
| 06/09/2015 | (6) | Key Corp. Real Estate Cap Mkts | #72 06/03/17<br>Cash Collateral Draw | 1229-000 | $28,490.56 | | $38,800.00 |
| 06/11/2015 | | Transfer From: #******6502 | Close the A/R Account | 9999-000 | $299.18 | | $39,099.18 |
| 06/22/2015 | 1003 | Mike Barnett Construction | #73 06/03/15<br>Inv. #5522<br>Roof Repair | 2990-000 | | $27,928.50 | $11,170.68 |
| 06/22/2015 | 1004 | Robert E. Ogle PC | Rekey Locks | 2200-000 | | $426.24 | $10,744.44 |
| 06/30/2015 | | Green Bank | Service Charge | 2600-000 | | $38.75 | $10,705.69 |
| 07/17/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for July | 1222-000 | $1,100.00 | | $11,805.69 |
| 07/18/2015 | 1005 | Terracon | #73 06/03/15<br>Inv. T653154 | 2990-000 | | $9,395.00 | $2,410.69 |

| | | | | **SUBTOTALS** | $46,999.36 | $44,588.67 | |

FORM 2

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/18/2015 | 1006 | Terracon Consultants, Inc. | #73 06/03/15<br>Inv. T661530 | 2990-000 | | $1,000.00 | $1,410.69 |
| 07/31/2015 | | Green Bank | Service Charge | 2600-000 | | $12.92 | $1,397.77 |
| 08/06/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for August | 1222-000 | $1,100.00 | | $2,497.77 |
| 08/11/2015 | | Transfer To: #******6502 | Create an A/R account | 9999-000 | | $300.00 | $2,197.77 |
| 08/31/2015 | | Green Bank | Service Charge | 2600-000 | | $2.96 | $2,194.81 |
| 09/14/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for September | 1222-000 | $1,100.00 | | $3,294.81 |
| 09/30/2015 | | Green Bank | Service Charge | 2600-000 | | $4.40 | $3,290.41 |
| 10/07/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for October | 1222-000 | $1,100.00 | | $4,390.41 |
| 10/26/2015 | 1007 | City of Groves | #73 06/03/15<br>Camera & Tracking | 2420-000 | | $1,000.00 | $3,390.41 |
| 10/30/2015 | | Green Bank | Service Charge | 2600-000 | | $6.96 | $3,383.45 |
| 11/12/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for November | 1222-000 | $1,100.00 | | $4,483.45 |
| 11/16/2015 | 1009 | Robert E. Ogle PC | Reimbursement for Noach locksmith expense | 2200-000 | | $248.98 | $4,234.47 |
| 11/24/2015 | 1008 | Aloira Consulting/Joey Dyess | #73 06/03/15<br>Inv. #111215 | 2990-000 | | $27,979.00 | ($23,744.53) |
| 11/24/2015 | 1010 | Mike Barnett Construction | #73 06/03/15<br>Inv. #5555 | 2420-000 | | $4,871.25 | ($28,615.78) |
| 11/24/2015 | 1011 | Nathan Sommers Jacobs, PC | #86 09/18/15<br>Attorney Fees & Expenses | * | | $25,555.61 | ($54,171.39) |
| | | | $(24,534.00) | 3210-000 | | | ($54,171.39) |
| | | | $(1,021.61) | 3220-000 | | | ($54,171.39) |
| 11/24/2015 | 1012 | Morris Systems, Inc. | #98 12/03/15<br>5 Monthly Fees | 2990-000 | | $5,000.00 | ($59,171.39) |
| 11/25/2015 | (6) | Key Corp Real Estate Cap Mkts | #72 06/03/17<br>Cash Collateral Draw | 1229-000 | $57,938.00 | | ($1,233.39) |
| | | | SUBTOTALS | | $62,338.00 | $65,982.08 | |

Page No: 4

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30447-H1-7 | Trustee Name: | Robert E. Ogle |
|---|---|---|---|
| Case Name: | GROVES HOSPITAL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2015 | | Green Bank | Service Charge | 2600-000 | | $24.12 | ($1,257.51) |
| 12/07/2015 | (8) | Robert E. Ogle PC | Loan to cover overpayment | 1280-002 | $2,000.00 | | $742.49 |
| 12/16/2015 | (6) | Keybank National Association | #72 06/03/17<br>Cash Collateral Draw | 1229-000 | $66,238.84 | | $66,981.33 |
| 12/22/2015 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for December | 1222-000 | $1,100.00 | | $68,081.33 |
| 12/23/2015 | 1013 | Robert E. Ogle PC | Repay Loan | 8500-002 | | $2,000.00 | $66,081.33 |
| 12/23/2015 | 1014 | Innovative Legal Solutions | #98 12/03/15 (formerly Momentum Document Services, Inc.)<br>Former Patient Mailing | 2990-000 | | $23,022.77 | $43,058.56 |
| 12/29/2015 | 1015 | Morris Systems, Inc. | #98 12/03/15<br>Computer Servers and Software | 2990-000 | | $12,000.00 | $31,058.56 |
| 12/29/2015 | 1016 | Provider Edge | #98 12/03/15<br>Maintenance of patient records | 2990-000 | | $13,000.00 | $18,058.56 |
| 12/29/2015 | 1017 | Armor Shred | #98 12/03/15<br>Inv. #26914 -Shredding | 2990-000 | | $5,448.00 | $12,610.56 |
| 12/31/2015 | | Green Bank | Service Charge | 2600-000 | | $66.81 | $12,543.75 |
| 01/04/2016 | 1018 | Robert E. Ogle PC | #93 12/03/15<br>Reimbursement for Beaumont Advertising - Public Notice | 2990-000 | | $176.17 | $12,367.58 |
| 01/05/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for January | 1222-000 | $1,100.00 | | $13,467.58 |
| 01/25/2016 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $48.71 | | $13,516.29 |
| 01/29/2016 | | Green Bank | Service Charge | 2600-000 | | $32.60 | $13,483.69 |
| 02/08/2016 | 1019 | George Adams & Co. | Property and Liability Insurance | 2420-000 | | $200.00 | $13,283.69 |
| 02/09/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for February | 1222-000 | $1,100.00 | | $14,383.69 |
| 02/29/2016 | | Green Bank | Service Charge | 2600-000 | | $21.42 | $14,362.27 |
| 03/22/2016 | (6) | Keybank National Association | #72 06/03/17<br>Cash Collateral Draw | 1229-000 | $28,175.00 | | $42,537.27 |

SUBTOTALS        $99,762.55        $55,991.89

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/22/2016 | 1020 | George Adams & Co. | Property and Liability Insurance | 2420-000 | | $39,536.71 | $3,000.56 |
| 03/29/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for March | 1222-000 | $1,100.00 | | $4,100.56 |
| 03/31/2016 | | Green Bank | Service Charge | 2600-000 | | $21.54 | $4,079.02 |
| 04/14/2016 | (7) | Michael Keller DO PA | #78 6/25/2015Rent for April | 1222-000 | $1,100.00 | | $5,179.02 |
| 04/29/2016 | | Green Bank | Service Charge | 2600-000 | | $7.61 | $5,171.41 |
| 05/16/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for May | 1222-000 | $1,100.00 | | $6,271.41 |
| 05/31/2016 | | Green Bank | Service Charge | 2600-000 | | $8.99 | $6,262.42 |
| 06/08/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for June | 1222-000 | $1,100.00 | | $7,362.42 |
| 06/16/2016 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $1,122.56 | | $8,484.98 |
| 06/30/2016 | | Green Bank | Service Charge | 2600-000 | | $11.97 | $8,473.01 |
| 07/06/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for July | 1222-000 | $1,100.00 | | $9,573.01 |
| 07/26/2016 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $891.48 | | $10,464.49 |
| 07/29/2016 | | Green Bank | Service Charge | 2600-000 | | $15.44 | $10,449.05 |
| 08/01/2016 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $559.30 | | $11,008.35 |
| 08/09/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for August | 1222-000 | $1,100.00 | | $12,108.35 |
| 08/09/2016 | 1021 | Andy Cobb | Inv. #668478 | 2990-000 | | $125.00 | $11,983.35 |
| 08/16/2016 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $863.56 | | $12,846.91 |
| 08/31/2016 | | Green Bank | Service Charge | 2600-000 | | $19.80 | $12,827.11 |
| 09/12/2016 | (7) | Michael Keller DO PA | #78 6/25/2015<br>Rent for September | 1222-000 | $1,100.00 | | $13,927.11 |
| | | | | **SUBTOTALS** | **$11,136.90** | **$39,747.06** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2016 | | Green Bank | Service Charge | 2600-000 | | $22.60 | $13,904.51 |
| 10/05/2016 | (3) | Medlink | #71 06/03/20 A/R | 1121-000 | $1,392.44 | | $15,296.95 |
| 10/28/2016 | (3) | Medlink | #71 06/03/20 A/R | 1121-000 | $311.12 | | $15,608.07 |
| 10/31/2016 | | Green Bank | Service Charge | 2600-000 | | $23.01 | $15,585.06 |
| 11/10/2016 | (7) | Michael Keller DO PA | #78 6/25/2015 Rent for November | 1222-000 | $1,100.00 | | $16,685.06 |
| 11/21/2016 | | Centurion Service Group LLC | #121 08/24/16 Auction Proceeds | * | $18,200.17 | | $34,885.23 |
| | {5} | | $56,610.91 | 1129-000 | | | $34,885.23 |
| | | | Centurion Service Group, Auctioneer $(11,322.18) | 3610-000 | | | $34,885.23 |
| | | | Centurion Service Group, Auctioneer $(27,088.56) | 3620-000 | | | $34,885.23 |
| 11/28/2016 | (3) | Medlink | #71 06/03/20 A/R | 1121-000 | $1,293.94 | | $36,179.17 |
| 11/30/2016 | | Green Bank | Service Charge | 2600-000 | | $35.21 | $36,143.96 |
| 12/09/2016 | (7) | Michael Keller DO PA | #78 6/25/2015 Rent for December | 1222-000 | $1,100.00 | | $37,243.96 |
| 12/13/2016 | | Texas Regional Title, LLC | #137 11/28/2016 Sale of Real Property | * | $83,912.60 | | $121,156.56 |
| | {1} | | $650,000.00 | 1110-000 | | | $121,156.56 |
| | | | Realtor Commission $(39,000.00) | 3510-000 | | | $121,156.56 |
| | | | Closing Costs and December Rent $(1,633.11) | 2500-000 | | | $121,156.56 |
| | | | County Taxes $(31,426.63) | 2820-000 | | | $121,156.56 |
| | | | Jefferson County Tax Suit $(87,381.00) | 4110-000 | | | $121,156.56 |
| | | | Post Petition Financing $(234,438.75) | 4110-000 | | | $121,156.56 |
| | | | FDIC - pay off first mortgage $(172,207.91) | 4110-000 | | | $121,156.56 |
| 12/14/2016 | (3) | Medlink | #71 06/03/20 A/R | 1121-000 | $106.31 | | $121,262.87 |

| | | | | SUBTOTALS | $107,416.58 | $80.82 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/19/2016 | | Centurion Service Group LLC | #121 08/24/16<br>Auction Proceeds | * | $21,484.14 | | $142,747.01 |
| | {5} | | $26,855.18 | 1129-000 | | | $142,747.01 |
| | | | Centurion Service Group, Auctioneer   $(5,371.04) | 3610-000 | | | $142,747.01 |
| 12/22/2016 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $63.71 | | $142,810.72 |
| 12/30/2016 | | Green Bank | Service Charge | 2600-000 | | $157.30 | $142,653.42 |
| 01/04/2017 | | Green Bank | Reversal of Service Charges | 2600-000 | | ($157.30) | $142,810.72 |
| 01/04/2017 | 1022 | Nathan Sommers Jacobs PC | #125 09/21/16<br>Attorney Fees & Expenses | * | | $51,289.05 | $91,521.67 |
| | | | $(50,032.25) | 3210-000 | | | $91,521.67 |
| | | | $(1,256.80) | 3220-000 | | | $91,521.67 |
| 01/24/2017 | (3) | Medlink | #71 06/03/20<br>A/R | 1121-000 | $228.64 | | $91,750.31 |
| 01/31/2017 | | Green Bank | Service Charge | 2600-000 | | $171.78 | $91,578.53 |
| 02/01/2017 | | Green Bank | Reversal of January Service Charge | 2600-000 | | ($156.78) | $91,735.31 |
| 02/10/2017 | 1023 | George Adams & Co. | Trustee Bond | 2300-000 | | $200.00 | $91,535.31 |
| 02/16/2017 | | Texas Regional Title | #137 11/28/2016<br>Sale of Real Property | * | $14,322.78 | | $105,858.09 |
| | {10} | | $18,000.00 | 1110-000 | | | $105,858.09 |
| | | | Realtor Commission   $(1,080.00) | 3510-000 | | | $105,858.09 |
| | | | $(1,690.78) | 2820-000 | | | $105,858.09 |
| | | | $(707.30) | 2500-000 | | | $105,858.09 |
| | | | $(199.14) | 2820-000 | | | $105,858.09 |
| 02/25/2017 | | Green Bank | Service Charge | 2600-000 | | $15.60 | $105,842.49 |
| 03/21/2017 | (9) | Cranehill Capital LLC | Sale of Remnant Assets | 1229-000 | $10,000.00 | | $115,842.49 |
| 03/31/2017 | | Green Bank | Service Charge | 2600-000 | | $15.57 | $115,826.92 |
| 04/28/2017 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $115,811.92 |
| 05/10/2017 | | George Adams & Company | Refund of Insurance Premium | 2420-000 | | ($8,369.55) | $124,181.47 |
| | | | **SUBTOTALS** | | **$46,099.27** | **$43,180.67** | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30447-H1-7 | | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/31/2017 | | Green Bank | Service Charge | 2600-000 | | $15.57 | $124,165.90 |
| 06/30/2017 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $124,150.90 |
| 07/22/2017 | 1024 | Nathans Sommers Jacobs, PC | #172 07/25/17 Attorney Fees & Expenses | * | | $22,012.87 | $102,138.03 |
| | | | $(20,630.50) | 3210-000 | | | $102,138.03 |
| | | | $(1,382.37) | 3220-000 | | | $102,138.03 |
| 07/31/2017 | | Green Bank | Service Charge | 2600-000 | | $15.15 | $102,122.88 |
| 08/31/2017 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $102,107.88 |
| 09/12/2017 | 1025 | Compton & Wendler PC | Accountant Fees | 3410-000 | | $5,000.00 | $97,107.88 |
| 09/29/2017 | | Green Bank | Service Charge | 2600-000 | | $15.15 | $97,092.73 |
| 10/30/2017 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $97,077.73 |
| 11/30/2017 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $97,062.73 |
| 12/31/2017 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $97,047.73 |
| 01/31/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $97,032.73 |
| 02/28/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $97,017.73 |
| 03/31/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $97,002.73 |
| 04/30/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $96,987.73 |
| 05/31/2018 | | Green Bank | Service Charge | 2600-000 | | $15.15 | $96,972.58 |
| 06/29/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $96,957.58 |
| 07/31/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $96,942.58 |
| 08/31/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $96,927.58 |
| 08/31/2018 | 1026 | Compton & Wendler PC | Inv. #45813 | 3410-000 | | $418.00 | $96,509.58 |
| 09/30/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $96,494.58 |
| 10/22/2018 | 1027 | Compton & Wendler, P.C. | Accountant Fees | 3410-000 | | $801.61 | $95,692.97 |
| 10/30/2018 | | Green Bank | Service Charge | 2600-000 | | $15.15 | $95,677.82 |
| 11/30/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,662.82 |
| 12/31/2018 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,647.82 |
| 01/31/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,632.82 |
| | | | | SUBTOTALS | $0.00 | $28,548.65 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/20/2019 | 1028 | George Adams & Co. | Trustee Bond | 2300-000 | | $100.00 | $95,532.82 |
| 02/28/2019 | | Green Bank | Service Charge | 2600-000 | | $15.15 | $95,517.67 |
| 03/29/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,502.67 |
| 04/29/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,487.67 |
| 05/31/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,472.67 |
| 06/28/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,457.67 |
| 07/31/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,442.67 |
| 08/31/2019 | | Green Bank | Service Charge | 2600-000 | | $15.00 | $95,427.67 |
| 09/30/2019 | | Veritex Bank | Service Charge | 2600-000 | | $15.00 | $95,412.67 |
| 06/15/2020 | 1030 | Diamond McCarthy LLP | Attorney Fees | * | | $10,000.00 | $85,412.67 |
| | | | $(9,792.67) | 3210-000 | | | $85,412.67 |
| | | | $(207.33) | 3220-000 | | | $85,412.67 |
| 06/15/2020 | 1031 | Federal Deposit Insurance Corporation, as | Final Distribution (payment was wired) | 7100-000 | | $31,031.51 | $54,381.16 |
| 06/15/2020 | 1031 | VOID: Federal Deposit Insurance Corporation, as | | 7100-003 | | ($31,031.51) | $85,412.67 |
| 06/15/2020 | 1032 | Robert E. Ogle, P.C. | Trustee Fees | 2100-000 | | $53,773.80 | $31,638.87 |
| 06/16/2020 | | Federal Deposit Insurance Corporation, as | Final Distribution | 7100-000 | | $31,031.51 | $607.36 |
| 06/22/2020 | 1033 | Compton & Wendler, P.C. | Accountant Fees | 3410-000 | | $607.36 | $0.00 |

|  |  | SUBTOTALS | $0.00 | $95,632.82 |
|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-30447-H1-7 | Trustee Name: | Robert E. Ogle |
|---|---|---|---|
| Case Name: | GROVES HOSPITAL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******2762 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Operating Account |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | TOTALS: |  | $373,752.66 | $373,752.66 | $0.00 |
|  |  | Less: Bank transfers/CDs |  | $483.53 | $300.00 |  |
|  |  | Subtotal |  | $373,269.13 | $373,452.66 |  |
|  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  | Net |  | $373,269.13 | $373,452.66 |  |

| For the period of 1/24/2015 to 7/20/2020 | | For the entire history of the account between 11/08/2017 to 7/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $984,815.53 | Total Compensable Receipts: | $984,815.53 |
| Total Non-Compensable Receipts: | $2,000.00 | Total Non-Compensable Receipts: | $2,000.00 |
| Total Comp/Non Comp Receipts: | $986,815.53 | Total Comp/Non Comp Receipts: | $986,815.53 |
| Total Internal/Transfer Receipts: | $483.53 | Total Internal/Transfer Receipts: | $483.53 |
| Total Compensable Disbursements: | $984,999.06 | Total Compensable Disbursements: | $984,999.06 |
| Total Non-Compensable Disbursements: | $2,000.00 | Total Non-Compensable Disbursements: | $2,000.00 |
| Total Comp/Non Comp Disbursements: | $986,999.06 | Total Comp/Non Comp Disbursements: | $986,999.06 |
| Total Internal/Transfer Disbursements: | $300.00 | Total Internal/Transfer Disbursements: | $300.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30447-H1-7 | | Trustee Name: | Robert E. Ogle |
|---|---|---|---|---|
| Case Name: | GROVES HOSPITAL | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | CHK |
| For Period Beginning: | 1/24/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/10/2015 | (6) | Key Corp Real Estate Cap Mkts | #72 06/03/17 Cash Collateral Draw | 1229-000 | $28,281.79 | | $28,281.79 |
| 03/16/2015 | (6) | Key Corp Real Estate Cap Mkts | #72 06/03/15 Cash Collateral Draw | 1229-000 | $4,162.83 | | $32,444.62 |
| 03/19/2015 | (8) | Robert Ogle | Loan to cover bank charges | 1280-002 | $100.00 | | $32,544.62 |
| 03/19/2015 | 1001 | George Adams & Co. | Property and Liability Insurance | 2420-000 | | $32,444.62 | $100.00 |
| 03/31/2015 | | Green Bank | Service Charge | 2600-000 | | $15.65 | $84.35 |
| 04/04/2015 | (8) | Robert Ogle | Loan to cover bank charges | 1280-002 | $100.00 | | $184.35 |
| 04/05/2015 | | Transfer To: #******2762 | | 9999-000 | | $184.35 | $0.00 |
| | | | TOTALS: | | $32,644.62 | $32,644.62 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $184.35 | |
| | | | Subtotal | | $32,644.62 | $32,460.27 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $32,644.62 | $32,460.27 | |

| For the period of 1/24/2015 to 7/20/2020 | | For the entire history of the account between 05/14/2019 to 7/20/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $32,444.62 | Total Compensable Receipts: | $32,444.62 |
| Total Non-Compensable Receipts: | $200.00 | Total Non-Compensable Receipts: | $200.00 |
| Total Comp/Non Comp Receipts: | $32,644.62 | Total Comp/Non Comp Receipts: | $32,644.62 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $32,460.27 | Total Compensable Disbursements: | $32,460.27 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,460.27 | Total Comp/Non Comp Disbursements: | $32,460.27 |
| Total Internal/Transfer Disbursements: | $184.35 | Total Internal/Transfer Disbursements: | $184.35 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-30447-H1-7 | Trustee Name: | Robert E. Ogle |
|---|---|---|---|
| Case Name: | GROVES HOSPITAL | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 1/24/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/20/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $405,913.75 | $405,913.75 | $0.00 |

| **For the period of 1/24/2015 to 7/20/2020** | | **For the entire history of the case between 01/24/2015 to 7/20/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,017,260.15 | Total Compensable Receipts: | $1,017,260.15 |
| Total Non-Compensable Receipts: | $2,200.00 | Total Non-Compensable Receipts: | $2,200.00 |
| Total Comp/Non Comp Receipts: | $1,019,460.15 | Total Comp/Non Comp Receipts: | $1,019,460.15 |
| Total Internal/Transfer Receipts: | $783.53 | Total Internal/Transfer Receipts: | $783.53 |
| | | | |
| Total Compensable Disbursements: | $1,017,460.15 | Total Compensable Disbursements: | $1,017,460.15 |
| Total Non-Compensable Disbursements: | $2,000.00 | Total Non-Compensable Disbursements: | $2,000.00 |
| Total Comp/Non Comp Disbursements: | $1,019,460.15 | Total Comp/Non Comp Disbursements: | $1,019,460.15 |
| Total Internal/Transfer Disbursements: | $783.53 | Total Internal/Transfer Disbursements: | $783.53 |

/s/ ROBERT E. OGLE

ROBERT E. OGLE